FILED
CHARLOTTE, NC

FEB 20 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> CHRISTOPHER PORTER | DOCKET NO. 3:24-cr-27-MOC <br><br> **BILL OF INDICTMENT** <br><br> Violations: <br> 18 U.S.C. § 2251(a) <br> 18 U.S.C. § 2260A |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about May 28, 2023, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**CHRISTOPHER JAMES PORTER,**

did employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and where such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO

On or about June 29, 2023, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**CHRISTOPHER JAMES PORTER,**

did employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and where such visual depiction had actually been transported and transmitted using

any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

On or about September 6, 2023, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**CHRISTOPHER JAMES PORTER,**

did employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and where such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

Between or about May 28, 2023, and September 6, 2023, in Union County, within the Western District of North Carolina and elsewhere,

**CHRISTOPHER JAMES PORTER**

being required by Federal and other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 2251(a), as charged in Counts One through Three of this Indictment.

All in violation of Title 18, United States Code, Section 2260A.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations.

The Grand Jury finds probable cause to believe that the following property that was seized on or about October 25, 2023, during the investigation of the offense herein is subject to forfeiture one or more of the grounds stated above: An iPhone 14 Pro Max.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*/s/ Kimlani M. Ford*
KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY