# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO  **DOCKET NUMBER:** 3:24-CR-27-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : US vs | CHRISTOPHER JAMES PORTER |
| **COUNTY OF OFFENSE** : | MECKLENBURG |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C. §2251(a)

**JUVENILE:** ◯ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : Ford, Kimlani

**VICTIM/WITNESS COORDINATORS:** Lynn Crout

**INTERPRETER NEEDED** : No

**LIST LANGUAGE AND/OR DIALECT:** N/A

**REMARKS AND SPECIAL INSTRUCTIONS:** N/A