# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Christopher Porter

Case Number: 3:24-cr-27-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1-3 | 18 U.S.C. 2251(a) | 25 years | Because he has a prior conviction for relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor, the penalty is a mandatory minumum sentence of 25 years and a maximum of 50 years, a fine, and up to Life supervised release. |
| 4 | 18 U.S.C. 2260A | | 10 years consecutive and in addition to the imprisonment imposed for counts 1-3 |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☒ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☒ NO
* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE