Dear Judge Cogburn:

I regret the pain, heartache, and worry that I caused [the victim's] family. I regret the pain I caused my family. I also regret the pain and trauma that I undoubtedly caused [the victim] to suffer. [The victim] never deserved the hurt that I caused. It was never my intention to hurt anyone. But I understand and accept that I did hurt people.

As much as I do regret the things I've done and the pain I've caused, I understand that I cannot change what I did. I've hurt many people by doing the things I did. That is why I plan to continue to use this time that I am incarcerated to better myself so I can make sure that no-one else has to suffer that I caused ever again. I plan on taking courses that allow me to make better decisions, I plan on getting my degree, and I plan on using every resource that is available to me.

Our past does not define who we will be but it does define who we were and I don't want to be someone who hurts people, I want to be someone who helps people. I am truly sorry for the pain I have caused, but I understand that being sorry doesn't cause that hurt to go away. I hope one day [the victim], her family, My family, and the community can forgive me for what I've done. Thank you for your time and patience your honor.

- Christopher Porter